**Ryan J. Kohler, Esq. (State Bar No. 240047)**
**Michael M. McDonald, Esq. (State Bar No. 278196)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**rkohler@ccmslaw.com; mmcdonald@ccmslaw.com**

Attorneys for Defendant FLEXCARE LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated, | ) CASE NO. 2:17-CV-02063 JAM-AC |
| | ) *[Assigned to Judge John A. Mendez* |
| | ) *Courtroom "6"]* |
| Plaintiff, | ) |
| | ) **ORDER RE STIPULATION FOR** |
| | ) **DEFENDANT CONTINUANCE TO** |
| vs. | ) **FILE RESPONSIVE PLEADING** |
| | ) |
| FLEXCARE LLC; and DOES 1 to 10 | ) **Complaint Filed: 10/04/17** |
| inclusive, | ) |
| | ) **Trial Date:          None** |
| Defendants. | ) |

After full consideration of the stipulation between Plaintiff Teresa Junkersfeld
and Defendant Flexcare LLC, the Court rules as follows:

**IT IS HEREBY ORDERED:**

1. Defendant Flexcare LLC will file its responsive pleading on or before
   November 15, 2017.

DATED:  November 3, 2017

**/s/ JOHN A. MENDEZ**
United States District Court Judge

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

*20784*                                         1

**[PROPOSED] ORDER RE STIP TO FILE RESPONSIVE PLEADING**