HAYES PAWLENKO LLP
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Ste. 303
Pasadena, CA 91101
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiff
TERESA JUNKERSFELD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLEXCARE LLC, and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02063-JAM-AC<br><br>[~~PROPOSED~~] ORDER RE MOTION FOR (1) DISMISSAL OF CLASS AND COLLECTIVE ALLEGATIONS AND (2) APPROVAL OF SETTLEMENT OF LABOR CODE PRIVATE ATTORNEY GENERAL ACT ("PAGA") CLAIM<br><br>Date: October 16, 2018<br>Time: 1:30 p.m.<br>Ctrm.: 6<br>Judge: Hon. John A. Mendez |

0

Pending before the Court is Plaintiff Teresa Junkersfeld's ("Plaintiff") motion for (1) dismissal of the uncertified class and collective claims and (2) approval of a settlement of the representative Labor Code Private Attorney General Act ("PAGA") claim. The Court has considered the arguments and evidence in support of the motion and hereby GRANTS the motion as follows:

1. The uncertified class and collective claims are hereby dismissed;
2. The settlement of the PAGA claim is approved;
3. The Court will retain continuing jurisdiction to enforce the terms of the settlement; and
4. The Clerk of the Court is respectfully directed to close the file.

**IT IS SO ORDERED**

DATED: 10-16-2018

HON. JOHN A. MENDEZ
United States District Judge